IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FRANK MCCLINTON,

    Plaintiff,

                                    Case No.   17-cv-472-wmc

    v.

STATE OF WISCONSIN
DEPARTMENT OF CORRECTIONS,
EDWARD WALL, TIMOTHY DOUMA,
DR. KARL HOFFMAN, CATHY JESS
and DONALD STROHOTA,

    Defendants.

## JUDGMENT IN A CIVIL CASE

        IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants dismissing this case.

| /s/ | 1/19/2021 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |